IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KATIE DUNIPHAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   NO. 11-cv-583-JPG-SCW |
| | ) |
| | ) |
| **MILLER & STEENO, P.C. and** | ) |
| **DOES 1-10, inclusive,** | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  September 26, 2011

NANCY ROSENSTENGEL, Clerk of Court

BY:s/Deborah Agans, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
           J. PHIL GILBERT
           U. S. DISTRICT JUDGE